IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Parrish Sherese

Printed: 4/1/08

Case Number: 05 B 24484
Judge: Wedoff, Eugene R
Filed: 6/21/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 14, 2008
Confirmed: August 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 27,400.41 |  |
| Secured: |  | 20,618.38 |
| Unsecured: |  | 3,983.05 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,394.00 |
| Trustee Fee: |  | 1,404.98 |
| Other Funds: |  | 0.00 |
| Totals: | 27,400.41 | 27,400.41 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nicole G Lawson | Administrative | 1,394.00 | 1,394.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 76,637.74 | 20,618.38 |
| 4. | Ford Motor Credit Corporation | Unsecured | 0.00 | 0.00 |
| 5. | Arrow Financial Services | Unsecured | 475.31 | 117.75 |
| 6. | Illinois Bell Telephone | Unsecured | 1,797.15 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 219.15 | 54.29 |
| 8. | Asset Acceptance | Unsecured | 523.33 | 129.64 |
| 9. | Morgan Park Academy | Unsecured | 13,360.60 | 3,309.78 |
| 10. | Asset Acceptance | Unsecured | 1,500.00 | 371.59 |
| 11. | American General Finance | Secured | | No Claim Filed |
| 12. | Credit Protection Association | Unsecured | | No Claim Filed |
| 13. | AAC | Unsecured | | No Claim Filed |
| 14. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 15. | Credit Recovery | Unsecured | | No Claim Filed |
| 16. | CBCS | Unsecured | | No Claim Filed |
| 17. | Check Protection System | Unsecured | | No Claim Filed |
| 18. | Financial Credit Corp | Unsecured | | No Claim Filed |
| 19. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 20. | Harris & Harris | Unsecured | | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 22. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 23. | Providian | Unsecured | | No Claim Filed |
| 24. | Retailers National Bank | Unsecured | | No Claim Filed |
| 25. | Merchants Credit Guide | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Johnson, Parrish Sherese

Printed: 4/1/08

Case Number: 05 B 24484
Judge: Wedoff, Eugene R
Filed: 6/21/05

```
                                    _____        _____
                                    $ 95,907.28       $ 25,995.43
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 45.00 |
| 5.5% | 577.50 |
| 5% | 450.00 |
| 4.8% | 105.12 |
| 5.4% | 227.36 |
|  | _____ |
|  | $ 1,404.98 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

